**<u>*E-FILED - 3/3/11*</u>**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR ARTURO OROPEZA, | ) | No. C 10-5916 RMW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| VINCENT S. CULLEN, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding <u>pro se</u>, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254 on December 27, 2010. That same day, the court sent a notification to petitioner informing him that he did not file a completed in forma pauperis application, nor did he pay the required filing fee. The court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days. Petitioner has not complied. Accordingly, this case is DISMISSED without prejudice.

The clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: 3/2/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.10\Oropeza916disifp.wpd