**E-FILED on 10/26/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR ARTURO OROPEZA, | ) | No. C 10-5916 RMW (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| VINCENT S. CULLEN, | ) ) | |
| Respondent. | ) ) | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim.

IT IS SO ORDERED.

DATED: 10/26/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.10\Oropeza916jud2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR A OROPEZA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VINCENT S. CULLEN et al,<br><br>　　　　　　Defendant.<br>_____/ | Case Number: CV10-05916 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Arturo Oropeza H-24646
San Quentin State Prison
5N-86-Low
San Quentin, CA

Dated: October 26, 2011

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk